UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HORIAN ELIAS MARADIAGA on behalf of himself and others similarly situated

CIVIL ACTION

VERSUS

NO: 17-3469

CMC DRYWALL, INC., et al

SECTION: "A"

## ORDER OF DISMISSAL

The Clerk having been advised by counsel at a scheduling conference that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this  13th  day of July 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE